UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:

TIFFANY G. PINKERTON,

Debtor

Chapter 13 Bankruptcy

Bankruptcy No. 20-10817 PMM

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)**

I, Tiffany G. Pinkerton, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for April 23, 2020 in the above-referenced case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns required to be filed within the 4 year period preceding the petition date.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

Date: 3/24/20         By: _____
                            Tiffany G. Pinkerton