**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**TIFFANY G. PINKERTON,**<br><br>**Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 20-10817 PMM |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**TO:**   Wells Fargo Bank, N.A.  (Proof of Claim No. 7):

Debtor, Tiffany G. Pinkerton, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE PATRICIA M. MAYER, ON MAY 21, 2020, AT 11:00 A.M., IN THE GATEWAY BUILDING, 4TH FLOOR COURTROOM, 201 PENN STREET, READING, PA  19601.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

**Date:**   April 9, 2020

                            Respectfully submitted,

                            Hartman, Valeriano, Magovern & Lutz, PC

     **by:**      /s/ George M. Lutz
                            _____
                            **George M. Lutz, Esquire**
                            **1025 Berkshire Boulevard, Suite 700**
                            **Wyomissing, PA  19610**
                            **Pa. Attorney ID No.: 46437**