**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:  **TIFFANY G. PINKERTON,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No.: 20-10817 PMM** |
|---|---|

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Objection to Claim and Hearing Date and Debtor's Objection to Proof of Claim of Wells Fargo Bank, N.A. (Proof of Claim No. 7), were served upon the addresses listed below by way of electronic means on April 9, 2020 and via first class mail on April 13, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

Wells Fargo Bank, N.A.
POB 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Tiffany G. Pinkerton
1545 Friedensburg Road
Reading, PA  19606

                                                 **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA  19610
        610-779-0772