**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **TIFFANY G. PINKERTON,** | |
| **Debtor** | **Bankruptcy No.: 20-10817 PMM** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Objection to Claim and Hearing Date (original and continuance thereof) and Debtor's Objection to Proof of Claim of Wells Fargo Bank, N.A. (Proof of Claim No. 7), were served upon the addresses listed below by way of electronic means and via first class mail on May 20, 2020:

Wells Fargo Bank, N.A. - wffbankruptcy@wellsfargo.com

Trang V. Truong
Bankruptcy Specialist
Wells Fargo Bank, N.A.
P.O. Box 10438
Des Moines, IA 50306-0438

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610
610-779-0772