UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tiffany G. Pinkerton | Bankruptcy No.20-10817-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 12th day of June, 2020, by first class mail upon those listed below:

Tiffany G. Pinkerton
1545 Friedensburg Road
Reading, PA  19606

**Electronically via CM/ECF System Only:**

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1025 BERKSHIRE BLVD SUITE 700
WYOMISSING, PA  19610


/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee