In re:

    **TIFFANY G. PINKERTON,**

             **Debtor**

**Chapter 13  Bankruptcy**

**Bankruptcy No. 20-10817 PMM**

## ORDER

       AND NOW, this   17th   day of June, 2020, upon consideration of the Debtor's Objection to Proof of Claim of Wells Fargo Bank, N.A. (Proof of Claim No. 7),

       IT IS HEREBY ORDERED that the Debtor's Objection is sustained, and that Proof of Claim No. 7 is allowed as a claim in the amount of $3,213.15 as a general unsecured claim.

           **BY THE COURT**

           *Patricia M. Mayer*

           _____

           **Patricia M. Mayer**
           **United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1025 Berkshire Blvd., Suite 700**
**P.O. Box 5828**
**Wyomissing, PA  19610**

**Wells Fargo Bank, N.A.**
**POB 10438, MAC F8235-02F**
**Des Moines, IA 50306-0438**

**Scott F. Waterman, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**P.O. Box 4010**
**Reading, PA  19606**

**Office of the United States Trustee**
**900 Market Street**
**Suite 304**
**Philadelphia, PA  19107**