United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 20-10817-pmm
Tiffany G. Pinkerton                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 1              Date Rcvd: Jun 19, 2020
                             Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Tiffany G. Pinkerton,    1545 Friedensburg Road,    Reading, PA 19606-1014
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Lakeview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14465222       +WELLS FARGO BANK NA,    PO BOX 14517,    DES MOINES, IA 50306-3517
14492514        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2020 03:50:11
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 20 2020 03:50:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 20 2020 03:52:47
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Tiffany G. Pinkerton glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 4

| In re: | Chapter 13  Bankruptcy |
|---|---|
| **TIFFANY G. PINKERTON,** | |
| **Debtor** | **Bankruptcy No. 20-10817 PMM** |

## ORDER

AND NOW, this   17th   day of June, 2020, upon consideration of the Debtor's Objection to Proof of Claim of Wells Fargo Bank, N.A. (Proof of Claim No. 7), 

IT IS HEREBY ORDERED that the Debtor's Objection is sustained, and that Proof of Claim No. 7 is allowed as a claim in the amount of $3,213.15 as a general unsecured claim.

**BY THE COURT**

*Patricia M. Mayer*

**Patricia M. Mayer**
**United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1025 Berkshire Blvd., Suite 700**
**P.O. Box 5828**
**Wyomissing, PA  19610**

**Wells Fargo Bank, N.A.**
**POB 10438, MAC F8235-02F**
**Des Moines, IA 50306-0438**

**Scott F. Waterman, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**P.O. Box 4010**
**Reading, PA  19606**

**Office of the United States Trustee**
**900 Market Street**
**Suite 304**
**Philadelphia, PA  19107**