United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 20-10817-pmm
Tiffany G. Pinkerton                                                Chapter 13
    Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: John              Page 1 of 2              Date Rcvd: Jul 23, 2020
                             Form ID: pdf900         Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.

```
db          +Tiffany G. Pinkerton,   1545 Friedensburg Road,    Reading, PA 19606-1014
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +Lakeview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14465213    +APEX ASSET MANAGEMENT,    2501 OREGON PIKESUITE 120,    LANCASTER, PA 17601-4890
14465209     CSC Credit Services,    Box 740040,   Atlanta, GA 30374-0040
14465210    +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14465207    +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14465217    +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
              Philadelphia, PA 19106-1541
14472174    +Lakeview Loan Servicing LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14495418    +Lakeview Loan Servicing, LLC,    PO Box 840,   Buffalo, NY 14240-0840
14465220     PARAMOUNT RECOVERY SYSTEM,    7524 BOSQUE BLVDSUITE L,    WACO, TX 76712
14465208    +Trans Union,    P.O. Box 1000,   Chester, PA 19016-1000
14465222    +WELLS FARGO BANK NA,    PO BOX 14517,   DES MOINES, IA 50306-3517
14492514     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 04:20:49
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2020 04:21:03      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14465212     E-mail/Text: jwenner@apcifcu.org Jul 24 2020 04:21:03      AIR PRODUCTS FCU,    PO BOX 20147,
              LEHIGH VALLEY, PA 18002-0147
14465214    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 24 2020 04:21:48
              CAPITAL ONE AUTO FINANCE,    CB DISPUTES TEAMP O BOX 259407,    PLANO, TX 75025-9407
14465215     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2020 04:22:01
              CAPITAL ONE BANK USA NA,    P O Box 30281,   Salt Lake City, UT 84130-0281
14465216     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2020 04:20:40      COMENITY BANK/NWYRK&CO,
              PO BOX 182789,    COLUMBUS, OH 43218-2789
14474530    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2020 04:22:20
              Capital One Auto Finance,,    a division of AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14484957    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2020 04:22:02
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14469102    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2020 04:22:24
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14465211    +E-mail/Text: bankruptcy.notifications@fisglobal.com Jul 24 2020 04:21:02      Chex Systems Inc.,
              ATTN: Customer Relations,    7805 Hudson Rd,   Suite 100,    Woodbury, MN 55125-1703
14465218     E-mail/Text: camanagement@mtb.com Jul 24 2020 04:20:40      M & T BANK,    PO BOX 900,
              MILLSBORO, DE 19966
14465219    +E-mail/PDF: cbp@onemainfinancial.com Jul 24 2020 04:22:20      ONEMAIN,    PO BOX 1010,
              EVANSVILLE, IN 47706-1010
14467356     E-mail/PDF: cbp@onemainfinancial.com Jul 24 2020 04:22:20      ONEMAIN,    P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
14475433     E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2020 04:20:43
              Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
14493263     E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2020 04:20:43
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
14465221    +E-mail/Text: clientservices@sourcerm.com Jul 24 2020 04:21:14       SOURCE RECEIVABLES MANAGEMENT,
              PO BOX 4068,    GREENSBORO, NC 27404-4068
                                                                                              TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4            User: John              Page 2 of 2                Date Rcvd: Jul 23, 2020
                                Form ID: pdf900         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
          GEORGE M. LUTZ    on behalf of Debtor Tiffany G. Pinkerton glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Tiffany G. Pinkerton<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 20-10817-PMM |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 23, 2020**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE